*CR07-874*

To the honorable judge Jack Weinstein:

*Set p. hearg 30 day
notify Parent, US atty, [illegible]  9/16
[illegible signature]*

Dear Mr. Weinstein, my son Brian Santano was sentence by you about 18 months ago, and is due to be released on Oct. 17th 2010. At his sentencing we spoke to you about us moving to St.louis so that when Brian gets out he would not go back to the same situation that put him where he was at. The probation office here in Missouri has denied Brian to remain here with his parents, and are saying they will send him back to NY, this is not what we want, this is not what Brian wants, and this is not what is case manager at the FBOP wants. We all agreed that it would be in brians best interest to remain here with us in missouri. Your honor, if brian goes back to NY to live in a homeless shelter like they are saying will happen, he will without a doubt, be back in the penal system in no time, and that would be a great, great tragedy. We love our son, and only want what's best for him, sure he made a mistake, paid for it, and is now ready to move on, and begin living a normal life. We as parents do not want to see our children repunished for a mistake they paid for already, and sending brian back to NY would be just like making him serve his 10yrs. Here in Missouri, we already got brian prepared to start living, we enrolled him in a barber school, because he want to cut hair, and i even got him a part time job cleaning a mechanic shop, a freind of mine is willing to help him out. Your honor, we don't know how to begin to thank you for the opportunity you have givin brian by not making him serve the full sentence, and brian also is greatful, but i am sorry to have to beg you for this favor, and PLEASE, help us save our child, we need brian to be placed here in missouri, brian has agreed to any, and all stipulations to remain with his parents here in missouri. Again, we thank you for just taking time to read this request, and we will honor your decision.

Thank You,
Mr. & Mrs. Santano.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 16 2010

BROOKLYN OFFICE



Mr & Mrs Santano
855 Robinwood Dr
Florissant MO 63033

The Honorable Judge
Jack Weinstein
225 Cadman Plaza East
Bklyn N.Y. 11201